IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VITTORIA CONN on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>DEWEY & LEBOEUF LLP<br>                    Defendant. | Case No.  12-CIV-3732 (LTS) |

NOTICE OF SUGGESTION OF
**BANKRUPTCY OF DEFENDANT DEWEY & LEBOEUF LLP**

PLEASE TAKE NOTICE that on May 11, 2012, the above referenced Defendant, Dewey & LeBoeuf LLP, filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") Case No. 12-12321. A copy of the petition is attached hereto as Exhibit "A".

PLEASE TAKE FURTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the filing of the bankruptcy petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's cases; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estates, of a judgment obtained before the commencement of the Debtor's cases; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated: August 31, 2012	OUTTEN & GOLDEN LLP

                                                       By:	*/s/ René S. Roupinian*
                                                            René S. Roupinian
                                                            Jack A. Raisner
                                                            3 Park Avenue, 29th Floor
                                                            New York, NY 10024
                                                            Telephone: (212) 245-1000

                                                            *Attorneys for Plaintiff and the Putative Class*